# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHUN CUNNINGHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>BIRD, et al.,<br><br>    Defendants. | Case No.: 1:22-cv-0306 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE WITHIN FORTY-FIVE DAYS<br><br>(Doc. 6) |

The assigned magistrate judge issued Findings and Recommendations addressing Plaintiff's motion to proceed *in forma pauperis.* (Doc. 6.) The magistrate judge found that plaintiff has sufficient funds in his prison trust account to pay the $402.00 filing fee. (*Id.* at 2.) Therefore, the magistrate judge recommended Plaintiff be required to pay the filing fee to proceed with this action. (*Id.* at 3.) Plaintiff filed objections on March 25, 2022, stating he does not oppose the recommendation that he pay the $402.00 filing fee, but objected to the timeframe for paying the filing fee, believing it must be paid within 14 days. (Doc. 7 at 1.) Plaintiff requested the Court grant him 45 days to submit the filing fee. (*Id.* at 2.)

According to the provisions of 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 18, 2022 (Doc. 6), are adopted in full; and
2. Within **45 days** following the date of service of this order, Plaintiff shall pay the $402.00 filing fee in full to proceed with this action.

<u>If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without prejudice.</u>

IT IS SO ORDERED.

Dated:   **March 28, 2022**



UNITED STATES DISTRICT JUDGE